Michael Bongiorno (Admitted *Pro Hac Vice*)
Timothy Perla (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Michael.Bongiorno@wilmerhale.com
Timothy.Perla@wilmerhale.com

Jie (Lisa) Li (State Bar No. 260474)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Lisa.Li@wilmerhale.com

*Attorneys for Defendants TerraForm Global, Inc. and Peter Blackmore*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>           Plaintiff,<br><br>     vs.<br><br>SUNEDISON, INC., et al.,<br><br>           Defendants. | Related Case No. 5:16-cv-02267-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Beth Labson Freeman |

[Caption continued on following page.]

---

STIPULATION AND [PROPOSED] ORDER TO CASE MANAGEMENT CONFERENCE
Case Nos. 5:16-cv-02267-BLF; 5:16-cv-02269-BLF; 5:16-cv-02270-BLF; 5:16-cv-02272-BLF; 5:16-cv-02273-BLF-NMC

| | |
|---|---|
| ANTON S. BADRI, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Related Case No. 5:16-cv-02269-BLF |
| IRON WORKERS MID-SOUTH PENSION FUND, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., et al.,<br>Defendants. | Related Case No. 5:16-cv-02270-BLF |
| MITESH PATEL, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Related Case No. 5:16-cv-02272-BLF |
| SIMON FRASER, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Brian Wuebbels, et al.,<br><br>Defendants. | Related Case No. 5:16-cv-02273-BLF-NMC |

STIPULATION AND [PROPOSED] ORDER TO CASE MANAGEMENT CONFERENCE
Case Nos. 5:16-cv-02267-BLF; 5:16-cv-02269-BLF; 5:16-cv-02270-BLF; 5:16-cv-02272-BLF; 5:16-cv-02273-BLF-NMC

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on April 26, 2016, defendants removed, *inter alia*, the following actions from the Superior Court of California, San Mateo County to federal court: *Fraser v. Wuebbels et al.* ("*Fraser*"); *Iron Workers Mid-South Pension Fund v. TerraForm Global, Inc. et al.* ("*Iron Workers*"); *Badri v. TerraForm Global, Inc. et al.* ("*Badri*"); *Patel v. TerraForm Global, Inc. et al.* ("*Patel*"); *Oklahoma Firefighters Pension and Retirement System v. SunEdison, Inc. et al.* ("*Oklahoma Firefighters*") (collectively, the "Removed Actions");

WHEREAS, on May 10, 2016, the Court related the Removed Actions to *Beltran v. Terraform Global, Inc.*, Case 5:15-cv-04981-BLF ("*Beltran*") [*Beltran* Dkt. 115];

WHEREAS, on May 26 and 27, 2016, Plaintiffs moved to remand the Removed Actions [*Fraser* Dkt. 23; *Badri* Dkt. 30; *Oklahoma Firefighters* Dkt. 39-40; *Iron Workers* Dkt. 25-26; *Patel* Dkt. 27];

WHEREAS, on June 1, 2016, Defendants moved to transfer the Removed Actions to the Southern District of New York [*Fraser* Dkt. 24-25; *Iron Workers* Dkt. 27-28; *Badri* Dkt. 31-32; *Patel* Dkt. 28-29; *Oklahoma Firefighters* Dkt. 41, 43];

WHEREAS, Plaintiffs' motions to remand and Defendants' motions to transfer are scheduled to be heard on October 6, 2016;

WHEREAS, on June 14, 2016, the Court entered an Order granting the parties' Joint Stipulated Request to File Excess Pages and Extend Briefing Schedule, which provided that oppositions to the remand and transfer motions would be filed on July 14, 2016, and reply briefs in support of the motions would be filed on August 4, 2016;

WHEREAS, the upcoming Initial Case Management Conference ("CMC") and associated ADR deadlines in the Removed Actions are as currently set as follows:

| **CASE SCHEDULE – ADR MULTI-OPTION PROGRAM** | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 7/14/2016 | Last day to: | FRCivP 26(f) & ADR L.R. 3-5 |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - 1 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

| | | |
|---|---|---|
| | • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | |
| | • file ADR Certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) |
| 7/28/2016 | Last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 8/4/2016 | INITIAL CASE MANAGEMENT CONFERENCE at 11:00 a.m. in:<br><br>Courtroom 3, 5th Floor<br>San Jose | Civil L.R. 16-10 |

WHEREAS, in the interests of efficiency and comity, the parties believe that it would be prudent to continue the CMC and related deadlines currently scheduled in Removed Actions until after the parties have finished briefing and the Court has resolved the jurisdiction and venue questions presented in the competing motions to remand and transfer;

NOW, THEREFORE, the parties hereby STIPULATE and AGREE as follows:

1. The CMC currently scheduled before the Court on August 4, 2016, at 11:00 a.m. in the Removed Actions, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall be continued until after the Court rules on the motions to remand and transfer; and

2. In the event the Removed Actions remain before the Court after it rules on the motions to remand and transfer, the Parties shall, if necessary, assist the Court by timely requesting that a new CMC be scheduled in the Removed Actions.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

- 2 -

1  Dated:  July 12, 2016                     Respectfully Submitted,

2

3                                            By:   */s/ Timothy Perla*
                                                   Timothy Perla (admitted *pro hac vice*)
4                                                  Michael Bongiorno (admitted *pro hac vice*)
                                                   WILMER CUTLER PICKERING
5                                                  HALE AND DORR LLP
                                                   60 State Street
6                                                  Boston, Massachusetts 02109
                                                   Telephone: (617) 526-6000
7                                                  Facsimile (617) 526-5000
                                                   Timothy.Perla@wilmerhale.com
8                                                  Michael.Bongiorno@wilmerhale.com

9
                                                   Jie (Lisa) Li, SBN 260474
10                                                 WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
11                                                 950 Page Mill Road
                                                   Palo Alto, California 94304
12                                                 Telephone: (650) 858-6000
                                                   Facsimile (650) 858-6100
13                                                 Lisa.Li@wilmerhale.com

14
                                                   *Attorneys for TerraForm Global, Inc., and*
15                                                 *Peter Blackmore*

16
                                            By:    */s/ Jaime A. Bartlett*
17                                                 Jaime A. Bartlett, SBN 251825
                                                   SIDLEY AUSTIN LLP
18                                                 555 California Street, Suite 2000
                                                   San Francisco, California  94104
19                                                 Telephone:  (415) 772-1200
                                                   Facsimile:  (415) 772-7400
20                                                 jbartlett@sidley.com

21
                                                   *Attorneys for SunEdison, Inc., Ahmad Chatila,*
22                                                 *Brian Wuebbels, Martin Truong, Jeremy*
                                                   *Avenier, Emmanuel Hernandez, Antonio R.*
23                                                 *Alvarez, Clayton Daley, Jr., Georganne*
                                                   *Proctor, Steven Tesoriere, James B. Williams,*
24                                                 *and Randy H. Zwirn*

25

26                                          By:    */s/ Daniel H. Bookin*
                                                   Daniel H. Bookin, SBN 78996
27                                                 O'MELVENY & MYERS LLP
                                                   Two Embarcadero Center, 28th Floor
28
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                - 3 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF,
and 5:16-cv-02273-BLF-PSG

```
 1                                      San Francisco, CA 94111
                                        Telephone: (415) 984-8700
 2                                      Facsimile: (415) 984-8701
                                        dbookin@omm.com
 3
 4                                      *Attorneys for Alejandro Hernandez*

 5                              By:     */s/ Patrick D. Robbins*
                                        Patrick D. Robbins, SBN 152288
 6                                      SHEARMAN & STERLING LLP
                                        535 Mission Street, 25th Floor
 7                                      San Francisco, CA  94105
                                        Telephone:  (415) 616-1210
 8                                      Facsimile:   (415) 616-1199
                                        probbins@shearman.com
 9
10                                      Adam S. Hakki (*pro hac vice* app. to be
                                        submitted)
11                                      Daniel C. Lewis (*pro hac vice* app. to be
                                        submitted)
12                                      SHEARMAN & STERLING LLP
                                        599 Lexington Avenue
13
14                                      New York, NY 10022-6069
                                        Telephone:  (212) 848-4000
15                                      Facsimile:   (646) 848-4924
                                        ahakki@shearman.com
16                                      daniel.lewis@shearman.com

17                                      *Attorneys for Underwriters*
18
                                By: */s/ Ismail Ramsey*
19                                       Ismail Ramsey (SBN 189820)
                                         Katharine Kates (SBN 155534)
20                                       RAMSEY & ELRICH LLP
                                         803 Hearst Avenue
21                                       Berkeley, California  94710
                                         Telephone:  (510) 548-3600
22                                       Facsimile:  (510) 291-3060
                                         izzy@ramsey-ehrlich.com
23                                       katharine@ ramsey-ehrlich.com
24
25                                       Kevin J. O'Connor (Admitted *Pro Hac Vice*)
                                         HINCKLEY ALLEN
26                                       28 State Street
                                         Boston, MA 02109-1775
27                                       Tel:  (617) 378-4190
28
```

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE   - 4 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

                                              Fax:  (617) 378-4191
                                              koconnor@hinkleyallen.com

*Attorneys for Carlos Domenech Zornoza*

By:    */s/ Francis A. Bottini, Jr.*
         Francis A. Bottini, Jr., SBN 175783
         BOTTINI & BOTTINI, INC.
         7817 Ivanhoe Avenue, Suite 102
         La Jolla, CA 92037
         Telephone:  (858) 914-2001
         Facsimile:  (858) 914-2002
         fbottini@bottinilaw.com

*Attorneys for Plaintiff Anton S. Badri*

By:    */s/ Ex Kano Sams II*
         Ex Kano Sams II, SBN 192936
         Lionel Z. Glancy, SBN 134180
         Robert V. Prongay, SBN 270796
         Lesley F. Portnoy, SBN 304851
         GLANCY PRONGAY & MURRAY LLP
         1925 Century Park East, Suite 2100
         Los Angeles, CA 90067
         Telephone: (310) 201-9150
         Facsimile: (310) 210-9160
         esams@glancylaw.com

         J. Brandon Walker
         BRAGAR EAGEL & SQUIRE P.C.
         885 Third Avenue, Suite 3040
         New York, NY 10022
         Telephone: (212) 308-5858
         Facsimile: (212) 486-0462

*Attorneys for Plaintiff Simon Fraser*

By:    */s/ Laurence M. Rosen*
         Laurence M. Rosen, SBN 219683
         THE ROSEN LAW FIRM, P.A.
         355 South Grand Avenue, Suite 2450
         Los Angeles, CA 90071
         Telephone: (213) 785-2610
         Facsimile: (213) 226-4684
         lrosen@rosenlegal.com

*Attorneys for Plaintiff Mitesh Patel*

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE  - 5 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

|   |   |   |
|---|---|---|
| | By: | */s/ Jennifer N. Caringal* |

        Jennifer N. Caringal, SBN 286197
        Darren J. Robbins, SBN 168593
        James I. Jaconette, SBN 179565
        Scott H. Saham, SBN 188355
        ROBBINS GELLER RUDMAN & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone:  (619) 231-1058
        Facsimilie:  (619) 231-7423

        Dennis J. Herman, SBN 220163
        David W. Hall, SBN 274921
        ROBBINS GELLER RUDMAN & DOWD LLP
        Post Montgomery Center
        One Montgomery Street, Suite 1800
        San Francisco, CA 94104
        Telephone:  (415) 288-4545
        Facsimilie:  (415) 288-4534

        *Attorneys for Plaintiff Oklahoma Firefighters Pension and Retirement System*

By: */s/ Jay N. Razzouk*
        Jay N. Razzouk, SBN 258511
        ROBBINS ARROYO LLP
        600 B Street, Suite 1900
        San Diego, CA 92101
        Telephone: (619) 525-3990
        Facsimile: (619) 525-3991
        jrazzouk@robbinsarroyo.com

        *Attorneys for Plaintiff Iron Workers Mid-South Pension Fund*

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - 6 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: _____

3                                                           /s/ Beth Labson Freeman
                                                            _____
4                                                           Honorable Beth Labson Freeman
                                                            UNITED STATES DISTRICT JUDGE

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Continue Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: July 12, 2016

*/s/ Timothy Perla*
Timothy Perla (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Timothy.Perla@wilmerhale.com

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG